IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| JASON GEIB,<br><br>Plaintiff,<br><br>v.<br><br>PERFORMANCE FOOD GROUP, INC.,<br><br>Defendant. | Case No. 1:13-cv-02674-GLR |

**DEFENDANT PERFORMANCE FOOD GROUP, INC.'S**
**MOTION FOR SUMMARY JUDGMENT**

Defendant Performance Food Group, Inc. ("PFG" or "Company"), pursuant to Federal Rule of Civil Procedure 56 and Rule 105 of the Local Rules of this Court, respectfully submits this Motion for Summary Judgment in the above-captioned matter.

Plaintiff Jason Geib ("Plaintiff" or "Geib") asserts one cause of action for retaliation under Title VII, 42 U.S.C. 2000e *et seq.* against PFG. Plaintiff's only claim is that he was terminated for complaining in person to the Human Resources Manager at PFG's Carroll County Foods ("CCF") facility and the Regional Vice President of Operations that one of his subordinates was not being considered for a promotion because she is a woman and that PFG engaged in sexual discrimination.

Summary judgment is warranted in PFG's favor in regard to Plaintiff's retaliation claim as the facts are undisputed that PFG discharged Plaintiff because he failed to adequately perform his job duties, lacked commitment to his job, and because the decision to terminate Plaintiff had already been made prior to Plaintiff allegedly making any complaints. Plaintiff's allegation that

he complained about his subordinate not being considered for a promotion cannot be credited because the facts establish that the alleged conversations could not have taken place. Accordingly, PFG could not have retaliated against Plaintiff as a matter of fact and law.

In support of this Motion, PFG submits its Statement of Undisputed Facts, Declarations with attached Exhibits, Memorandum of Law, and proposed Order, all of which are filed contemporaneously with this Motion and incorporated herein.

Respectfully submitted,

LITTLER MENDELSON, P.C.

By: /s/ Jean L. Schmidt

Jean L. Schmidt, Esq. *pro hac*
Littler Mendelson PC
900 Third Avenue
New York, NY 10022
(212) 497-8486
(646) 417-7534
Email: jschmidt@littler.com

Counsel for Defendant Performance Food Group, Inc.

Dated: April 6, 2015

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that, on this 6th day of April, 2015, a copy of Defendant Performance Food Group, Inc.'s Motion for Summary Judgment, Statement of Undisputed Facts, Declarations and Exhibits, Memorandum of Law in support thereof, and proposed Order were served by filing them electronically with the Clerk of the above-captioned Court using its CM/ECF systems upon the following:

Mr. Morris E. Fischer, Esq.
Morris E. Fischer, LLC
1400 Spring Street, Suite 350
Silver Spring, MD 20910
Counsel for Plaintiff

/s/ Jean L. Schmidt
Jean L. Schmidt