Littler
Employment & Labor Law Solutions Worldwide

**Littler Mendelson, PC**
900 Third Avenue
New York, NY 10022.3298

Jean L. Schmidt
212.497.8486 direct
212.583.9600 main
646.417.7534 fax
jschmidt@littler.com

March 3, 2017

**VIA FEDERAL EXPRESS**

The Honorable George L. Russell, III
United States District Judge
U.S. District Court, District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

Re: ***Geib v. Performance Food Group, Inc., 13-cv-2674 (GLR)***

Dear Judge Russell:

Pursuant to the Court's February 17, 2017, the parties were directed to file a status report by March 3, 2017.

On behalf of both parties, we write to advise the Court that we have reached an agreement to resolve this matter, and are in the process preparing the written settlement agreement. Once the agreement is signed, we will file a Stipulation of Dismissal.

Thank you for your consideration.

Respectfully submitted,

/s/

Jean L. Schmidt